### Ex Parte Victor E. Innes.

No. 3369. Decided January 13, 1915.

Rehearing denied February 10, 1915.

**Extradition—Writ of Habeas Corpus—Companion Case.**

Where the questions of fact and law are the same in the instant case as those in a companion case which were decided adversely to relator, they need not again be considered, and the judgment of the lower court is affirmed. Davidson, Judge, dissenting.

Appeal from the District Court of Bexar. Tried below before the Hon. W. S. Anderson.

Appeal from a habeas corpus proceeding asking a release from a requisition of extradition from the Governor of Georgia to the Governor of Texas, which was denied.

The opinion states the case.

*Swearingen & Ward* and *Jno. H. Bickett, Jr.,* for relator.—The extradition of relator to the State of Georgia, under the circumstances, was a question for the determination of the Governor of Oregon, and not one for the Governor of Texas to decide, and the lower court erred in remanding relator to the custody of the sheriff and the extradition officer. State of North Carolina v. Hall, 28 L. R. A., 289; State of Tennessee v. Jackson, 36 Fed. Rep., 258; Hyatt v. State of New York, 188 U. S., 691; Ex parte Thaw, 214 Fed. Rep., 423; In re Robinson, 29 Neb., 135; State v. Simmons, 39 Kan., 262; State v. Hall, 40 Kan., 338; In re Cannon, 47 Mich., 481; Ex parte McKnight, 48 Ohio St., 588; In re Todd, 12 S. D., 386; Ex parte Wilson, 63 Texas Crim. Rep., 281; Spear on Extradition, pp. 558 to 571; 2 Moore on Extradition, sec. 569, and also p. 920; Rorer on Interstate Law, p. 308, note.

*C. C. McDonald,* Assistant Attorney General, for the State.—Cited: People ex rel. Suydam v. Sennott, 20 Albany Law Journal, p. 230, and authorities cited in opinion.

DAVIDSON, Judge.—This is a companion case to Ex parte Ida May Innes, No. 3370, this day decided by the majority, in which the judgment of the District Court is affirmed, remanding the relator to

custody to be extradited to Georgia. I dissented in that case and deem it unnecessary to write further. On the authority of the majority opinion in No. 3370 this judgment will be affirmed.

DAVIDSON, Judge.—On rehearing I want to say that I do not agree to the opinion of the court in cause No. 3370, and believe rehearing ought to be granted and relator discharged.

[Pending on writ of error in U. S. Supreme Court.—Reporter.]

[This case reached the hands of Reporter July, 1915.]